# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE JULIO CESAR BARRERA and MARIA DE LA LUZ MORO,<br><br>Debtors.<br><br>---<br><br>SIMON E. RODRIGUEZ, Chapter 7 Trustee,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JULIO CESAR BARRERA and MARIA DE LA LUZ MORO,<br><br>Defendants - Appellees. | BAP No. CO-19-048<br><br>Bankr. No. 16-13216<br>Adv. No. 18-01259<br>Chapter 7<br><br>JUDGMENT |

The judgment of this Court is hereby entered in accordance with the Order issued on January 1, 2020.

For the Panel:

*Blaine F. Bates*

Blaine F. Bates
Clerk of Court